| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Graham, James L. | 2. Court or Organization<br><br>U.S. District Court, SD/OH | 3. Date of Report<br><br>01/19/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>349 Joseph P. Keinnery U.S. CH<br>85 Marconi Boulevard<br>Columbus, Ohio 43215 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L.. | 01/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit of Mid America FLCA | Mortgage on Farm land-owned by Partnership-Item 3-Part VII | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apt Bldgs-Gahanna, OH (Franklin Co) -See Part VIII | F | Rent | O | R | | | | | |
| 2. Partnership-Farm Land-Franklin Co. Ohio | D | Rent | O | Q | | | | | |
| 3. Huntington National Bank-Checking & Savings Accounts | B | Interest | N | T | | | | | |
| 4. Gold & Silver Coins | | None | J | T | | | | | |
| 5. Eaton Vance OH Tax Exempt Mutual Fund | A | Interest | | | Closed | 06/16/14 | K | | |
| 6. Ballard Power Systems, Inc. | | None | J | T | | | | | |
| 7. Capstone Turbine Corp | | None | J | T | | | | | |
| 8. Plug Power, Inc. | | None | J | T | | | | | |
| 9. Geeknet, Inc. | | None | J | T | | | | | |
| 10. AIM Constellation Class A Mutual Fund | A | Distribution | | | Closed | 06/16/14 | J | | |
| 11. Note Receivable-Benevolent Landlord | | None | J | T | | | | | |
| 12. Wells Fargo Money Market Account | B | Interest | K | T | | | | | |
| 13. 37 shs Huntington Banchsares-8.50% Conv | B | Dividend | K | T | | | | | |
| 14. Charles Schwab Money Market | A | Dividend | J | T | | | | | |
| 15. Middletown OH RFDG/IMPR3.75% DUE 12/01/19 | A | Interest | K | T | | | | | |
| 16. Oh ST Inft/Impr 3.25% Due 08/01/20 | B | Interest | L | T | | | | | |
| 17. Single Family Rental Columbus Oh-See Part VIII | A | Rent | M | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Bank Sweep Account | A | Interest | K | T | | | | | |
| 19. Wells Fargo Bank | A | Interest | | | Closed | 06/16/14 | J | | |
| 20. Discover Bk - CD - 1% Due 09/30/14 | A | Interest | | | Matured | 09/30/14 | K | | |
| 21. Pimco Income FD CL -C | C | Distribution | | | Closed | 06/16/14 | K | | |
| 22. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 23. Charles Schwab Bank | B | Interest | M | T | | | | | |
| 24. Charles Schwab & Co. | E | Distribution | N | T | | | | | |
| 25. Apt. Bldgs-New Albany, OH (Franklin Co.)- See Part VIII (4 units) | D | Rent | N | R | | | | | |
| 26. Apt. Bldgs-New Albany, OH (Franklin Co.)- See Part VIII (16 units) | D | Rent | O | R | | | | | |
| 27. Schwab Govt Money Fd | A | Interest | K | T | Buy | 06/16/14 | | | |
| 28. Calamos CNV High Income FD | B | Int./Div. | K | T | Buy | 06/16/14 | | | |
| 29. Templeton Global FD | B | Dividend | K | T | Buy | 06/16/14 | | | |
| 30. Loomis Sayless Investment Mutual Fd | A | Dividend | K | T | Buy | 06/16/14 | | | |
| 31. Pimco Income Income Fd-Class D | C | Dividend | K | T | Buy | 06/16/14 | | | |
| 32. American FD Amcap FD | A | Dividend | J | T | Buy | 06/16/14 | | | |
| 33. Ariel Fund INV | B | Dividend | J | T | Buy | 06/16/14 | | | |
| 34. Dodge & Cox Stock FD | A | Dividend | K | T | Buy | 06/16/14 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 01/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Special Equity Fd | B | Dividend | J | T | Buy | 06/16/14 | | | |
| 36. SPDR S&P Dividend ETF | A | Dividend | J | T | Buy | 06/16/14 | | | |
| 37. Schwab Govt Money Fd | | None | J | T | Buy | 06/16/14 | | | |
| 38. Eaton Vance NAT ltd Mat-Muni Inc A | A | Interest | K | T | Buy | 06/16/14 | | | |
| 39. American FD Income FD | A | Int./Div. | J | T | Buy | 06/16/14 | | | |
| 40. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Graham, James L. | 01/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 1, line 1: The date of purchase was April 2, 2002. The actual cost is $425,865.

Part VII, page 1, line 2: The date of the appraisal was June 6, 2011 with an valuation date of June 6, 2011.

Part VII, page 1, line 17: The date of purchase was 04/23/10. The actual cost is $142,296.

Part VII, page 1, line 25: The date of purchase was 04/30/12. The actual cost is $261,199.

Part VII, page 1, line 26: Acquired via an 1031 Exchange of property shown on Part VII, page 1, Line 12

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **James L. Graham**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544